Southern District Court of the State of New York

Amended Complaint

17CV7808

_____

Boisey Caldwell
      Against
Ref   10CV4228 et al
All known and unknown officers who acted with Rahman et al
The Female officers who matters disposition is attached et al =
Her sergeant
Jin Wu et al his supervisor
Officer 6959 and his partner et al

_____

Ref   10CV4228 et al

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/17

The first thing that comes to my mind is HOW DID I GET TO BE IN THE COURT ROOM IN THE FIRST PLACE? This is in order to have to see the judge to have me on his list of appearances for any day. I do not normally stand on line to be searched and then wait to be heard, especially since this is not my form of employment or anything that is employed here.  That I was untimely in filing because I was caught up in this vicious disdainfulness of the system and of the employed city folk who act under the color of law like Charles Castaldo and those of the Comptroller's office, the police who were under orders of the Commissioner who steps down because of corporate investment's which lead to the murder of Eric Garner NYC, and then there Jin Wu he works as an Public Defender employed by NYC Legal Aid Society he knowingly made his mind to not do what I asked of him as  you will see he said: "I'm not going to ask that officer that…"  while at the same time he's  appointed to re-present me y the legal aid society, not miss represent me as he knowingly and intentionally tried to do.

TAKE NOTICE that all acts and interactions with the city and its employees is the issue where infringements occur, now it is that everyone of any of the things that have occurred during the years 2010-2017 were in affect the events that I suffered from like stop and frisk being ordered not by the officers but by Bill Bratton the former Commissioner of the NYC Police who order them to do so and et al means all of the rest not just some it is discrimination and the matter ref 10CV4228 is the outcome where we are still denied equal protection because the class attorney devalue those who are affected by the acts, these are infringement the infringement that are being ignored it seems because this means all the rest of the events, like that time when I was assaulted by the female officer and you did not even notice, or take notice of that. I respect the law and I am here using it as a lay person, not as an attorney licensed to practice law.

Now as a layman in the process of learning I plead with the court because nature binds me to, that is I plead that the court is circumspect as the defendants are many et al and if et al does not mean all the rest then please let us be circumspect with all the rest which I have attached hereto my experience with strife. Whereas accordingly there that matter reference above 10CV4228 is a matter that dates back to 2010 and today there is supposed to be an settlement of 75 million of which Stinton has agreed not that the city has contacted any one of us where one of us is anyone who has been issued a summons he has agreed then to allot to any one of us $150.00 per summons and pay himself 18 .5 Million and he wasn't

issued a summons nor has he been subjected to what we have here below is his information to us because this settlement includes all incidents between 2010-2017 where one of us have been disdain and held with very little or no relief this is the lowest kind  reliefs for our suffering here in this agreement that is merely nothing:

# The claims  deadline has passed. The claims validation is underway and settlement payments are expected to be delivered in fall 2017. Please be patient

## YOU MAY BE ENTITLED TO MONEY IF YOU WERE ISSUED A SUMMONS THAT WAS DISMISSED DURING THE YEARS COVERED BY THIS LAWSUIT

You must have filed a Claim Form, postmarked by **September 6, 2017** to be included in this Class Action Settlement.

This is a proposed Settlement of a Class Action lawsuit. The City of New York has agreed to pay up to $150 dollars per incident to people who were issued a summons without probable cause that was later dismissed for legal or facial insufficiency.

For purposes of payment pursuant to the settlement, the Settlement Class includes individuals who received a Criminal Court Summons by an NYPD officer, whose summons was dismissed by the court for facial or legal insufficiency and lacked probable cause from the start of the class period, May 25, 2007, through January 25, 2017.

The Settlement would entitle each Class Member to a pro rata share of the $75 Million Class Fund (after payment of up to $1.5 Million for administrative costs, service awards to the Named Plaintiffs; and $18.5 Million towards attorneys' fees and costs).

You are entitled to recover for each summons that you received on different **dates and/or times**. However, if you received multiple summonses at the **same time**, you are only entitled to recover **once**. The amount Class Members receive depends on how many people file valid Claim Forms,

however, in no instance will any Class Member be compensated in an amount greater than $150 per summons.

***Please note that other than the reason for your summons dismissal, we do not have any other specific information regarding the summons which was issued to you. If you would like more information, please visit the criminal court in the county where you received the summons.***

# Disclaimer

Please do not contact the court. Should you have any questions concerning the notice, the action, the proposed settlement or the final fairness hearing, please refer to the frequently asked questions page of this site or call 1-877-552-1290 or email info@nypdsummons.com

Where I must admit that I wrote to Stinton and I told him that I don't agree with his proposed agreement, and that I would write to the court on behalf of that, just for the record. This has rendered to no one any kind of equilibrium.

Further please take notice of all this disputation's that are based on class rather than equal protection of any kind. These are dated 03/02/2016, 12/23/2014, 10/27/2014 and finally 08/22/2014

Thank you very much for your time and attention to this matter and I have done the best that I can to do my part to stray free from imprisonment of any kind, in this way I hope to rid myself of evil.

bc

The Imprisoned light

3

Southern District Court of the State of New York

_____

Boisey Caldwell                                              17CV7808
         Against
Ref      10CV4228 et al                          Ref      10CV4228 et al
All known and unknown officers who acted with Rahman et al
The Female officers who matters disposition is attached et al =
Her sergeant                                                 Affidavit of service
Jin Wu et al his supervisor
Officer 6959 and his partner et al

_____



Southern District Court of the State of New York

_____

Boisey Caldwell                                          17CV7808
      Against
Ref    10CV4228 et al                        Ref    10CV4228 et al
All known and unknown officers who acted with Rahman et al
The Female officers who matters disposition is attached et al =
Her sergeant                                             subpoena request
Jin Wu et al his supervisor
Officer 6959 and his partner et al
_____

This is a portion of the subpoena request where I humbly request that the Clerk of the court in his/her filing of the matter herein please file a subpoena for any and all correspondence between Boisey Caldwell and Charles Castaldo in the matters where they were not fair with me. Said "where I humbly request that the Clerk of the court in his/her filing of the matter herein please file a subpoena for any and all correspondence between Boisey Caldwell and Charles Castaldo in the matters where they were not fair with me."

For in this way the court him-self can and will see the record in its course therefore of becoming.

Thank you very much for your time and attention to this matter and I hope therewith that my request is honored, for it will provide a perfect view of the happenings.

*His address is 1 Centre Street*
*New York, N.Y. 10007*
*12 floor*
*Office of the Comptrol..*

bc

The Imprisoned Light
Pros Se

Southern District Court of the State of New York
_____

Boisey Caldwell
      Against
Ref    10CV4228 et al
All known and unknown officers who acted with Rahman et al
The Female officers who matters disposition is attached et al =
Her sergeant
Jin Wu et al his supervisor
Officer 6959 and his partner et al
_____

17CV7808

Ref    10CV4228 et al

Affidavit of support

This is a portion of the Affidavit of Support today in there in that instruction from the court where how much do you want money wise that statement page the amount therein is $75 Million while there had already been the amount for the case where in the documents Rahman lied with the help of his constituents that was for the amount that I was charged for being abused by officer 6959 in the Bronx Criminals in their court house there they charged me $195.00 where I would ask the amount of $ 195,000,000.00 and then in the case with Jin Wu 240.20 Million would suffice .

Wherewith, this is not a simple first time occurrences yet if we are circumspect in this we will find that this is hidden suffering the highest and most sublimated kind of suffering that is cause by those who conspire to rid America of those who she has brought to these shores, in the first place; to create what America is, there is a hidden conspiracy that has been on going and this is its end points that it. It has not just begun, been going on for a long time before 2010

I always wondered why at the winning of each election there we hear these words: "I'm hiring more police...etc."

The reason is that subliminally there is an ongoing conspiracy with the elect we will find that this is hidden suffering the highest and most sublimated kind of suffering that is cause by those who conspire to rid America of those who she has brought to these shores, in the first place; to create what America is, there is a hidden conspiracy that has been on going and this is its end points that it. It has not just begun, been going on for a long time before 2010

The Imprisoned Light

*Boisey Caldwell*

Pros Se

Southern District Court of the State of New York

_____

| | |
|---|---|
| Boisey Caldwell | 17CV7808 |
|      Against | |
| Ref    10CV4228 et al | Ref    10CV4228 et al |
| All known and unknown officers who acted with Rahman et al | |
| The Female officers who matters disposition is attached et al = | |
| Her sergeant | Affidavit of service |
| Jin Wu et al his supervisor | |
| Officer 6959 and his partner et al | |

_____

This is an Affidavit of Service for the above captioned matter, where I was disdained and devalued all the time by those who posed to be above the law, who intended to use the law for their benefit on the one hand and on the other hand they would take and use the that they have sworn to uphold and protect, these laws they are being used for themselves even unto my demise even if it was not me personally.

IN many instances throughout these years 2010-2017 there death has occurred, and even I could have been one of those who are accosted as I was. I could have been shot and killed because the ends always point to the states itself of their madness this is because they all perceive that they're above the law.

I have served a complete copy of the Attached matter

| | |
|---|---|
| Boisey Caldwell | 17CV7808 |
|      Against | |
| Ref    10CV4228 et al | Ref    10CV4228 et al |
| All known and unknown officers who acted with Rahman et al | |
| The Female officers who matters disposition is attached et al = | |
| Her sergeant | |
| Jin Wu et al his supervisor | |
| Officer 6959 and his partner et al | |

To:      City of New York City
          New York City Law department
          100 Church Street
          New York, New York 10007

          Mdim Rahman
          New York City Police Department
          44th Prescient
          2 East 169th Street
          Bronx, New York 10452

MAMADOU DRAME
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01DR6319138
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES 02-09-2019

The Imprisoned Light
_Boisey Caldwell_
    Pros Se

Sworn to before me this 2nd day of November, 2017

_____
Notary Public

STINSON V CITY OF NEW YORK
C/O RUST CONSULTING INC
PO BOX 2575
FARIBAULT MN 55021-9575

## IMPORTANT LEGAL MATERIALS



‒ UAA ‒ 0000207473

228175 1 AV 0.370 001565/228175/004693 743 03 AGUF3C
BOISEY CALDWELL
25 ELLIOT PL APT 7E
BRONX NY  10452-7116

FOR OFFICIAL USE ONLY

01

Page 1 of 2

To file your claim online, visit www.nypdsummons.com.

You will need the information below in order to file your claim online.

Claimant ID:  0000976442

Summons Number:  4417826523

---

# CLAIM FORM

### *Stinson, et al. v. City of New York, et al.,*
### Civil Action No. 10 Civ. 4228 (RWS)

**IT IS IMPORTANT THAT YOU READ THE ATTACHED INSTRUCTIONS BEFORE YOU BEGIN FILLING OUT THE FRONT AND BACK OF THIS CLAIM FORM**

**TO BE VALID, YOUR CLAIM FORM MUST BE POSTMARKED ON OR BEFORE SEPTEMBER 6, 2017. YOU MUST ANSWER EVERY QUESTION. YOU CANNOT RECEIVE MONEY UNLESS YOU COMPLETE, SIGN, AND MAIL THIS CLAIM FORM BY SEPTEMBER 6, 2017.**

1. Full Name: _____
         First Name           Middle Name           Last Name

2. Street Address: _____
                                           Apt. No.

   City: _____ State: _____ Zip Code: ____ ____ ____ ____ ____

3. Telephone Number: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

4. E-Mail Address: _____

5. Date of Birth: ____ ____ / ____ ____ / ____ ____ ____ ____
                  Month      Day       Year

6. Social Security Number **or** Individual Taxpayer Identification Number (ITIN) (if any):

   SSN: ____ ____ ____ - ____ ____ - ____ ____ ____ ____    OR    ITIN: ____ ____ ____ - ____ ____ - ____ ____ ____ ____

   ☐ Check here if you do **not** have a Social Security Number or ITIN.

7. Medicare Number (if any): _____

   ☐ Check here if you do **not** have a Medicare Number.





TRA3-D-228175/004693 AGUF3C S1-ET-M1-C00086

BC                                                    Counselor Jin Wu

July 8, 2015

Counselor Jin Wu
Staff Attorney
The Legal Aid Society
Criminal Defense Practice
49 Thomas Street
New York, New York 10013
(212) 298-3086
JHWu@Legal-Aid.Org

Boisey Caldwell
25 Elliot Place
Bronx, New York 10452
Boiseyc123@yahoo.com

Dear Counselor Please Take Notice that when I had that meeting with you and your supervisor I was not totally honest with him in that he said: "You sound like you're one of them..." I said: "No it's not that, it's their spirits..." now I would like to say: "I AM one of them...we were brought here against our natural will to be one with Nature from the Nile River" and I would like to know:

1.  What rights can the people of the State claim if they are accused of crimes?

2.  I AM doing this for my-self, yet not my – self only on February 7th, I wrote to the Commissioner of New York City Police Department Bill Bratton and his boss Mayor Deblassio and they have not acknowledged yet therefore I actually wrote to the People of the State on or around May 5th there you see Bill Bratton I said to him:

    "And you were again seeming to be posing a little lenience so to speak in front of the camera you told all of us about the stop and frisk of us, not anybody except the ones of Sun is the message intended and at the same time the ones of Sun the Imprisoned Light is shown cuffed by your officers, and if it was your child you would be offended, yet it's not your children and especially the fact that you benefit from it so there you must appear as being just a little lenient, with an unjust cause you cannot be just. However if you had a just cause then surely - you would just."

3.  On February 27th, 2015 I wrote saying; " the night before last I watched you and the others deliver your plans to keep the *many* or the *insipid*, insipid: to maintain and *impose denial of Life Liberty and Freedom* to any one of us for the benefits of the *few*, *those investors who for the most part have been passed down ill-gotten pelf from one generation to the next they are those who appear unbeknownst* and you appear known as the Commissioner who stops crime, yet denying and disdaining the crimes committed by this."

BC                                                                                          Counselor Jin Wu

4. Here below we have the investors by their code names only...In this matter as in the instant matter I was honest and truthful and in the end I had to tell the Judge that he is pretty stupid - for a Judge.

5. The Attorney in this matter did not agree with me, instead she knowingly and intentionally, not only that but she the Judged and the district attorney all had an agreement, just as Bill Bratton – the people of the State all have an agreement to subliminally deprived anyone who is subjected to arrest by NYPD to paying the investors off by the inculcation of

BC

Counselor Jin Wu

debt

2015-B-10

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF Bronx

THE PEOPLE OF THE STATE OF NEW YORK
                                    Respondent

- against -

Boisey Caldwell

                              Defendant - Appellant

NOTICE OF APPEAL

Docket Number

2014SX070847

Sirs:

Please take notice that the defendant herein appeals to the Appellate Term of the Supreme Court of the State of New York, held in and for the First Judicial Dept., from the judgement convicting him/her on the 23 day of December 2014 of PL 240.20 Dis Con.

and sentencing him/her to Fine - $30°°, Surch - $95°°, CVAF - $25°°

rendered in the Criminal Court of the City of New York, county of Bronx
by the Hon. _____ on the 23 day of December, 2014

DATED:    County of Bronx
The    26 day of January, 2014

Yours,
Name    Boisey Caldwell
Address    25 Elliot Place
           Bronx, NY 10452

To: District Attorney
    County of Bronx

2015 JAN 26  AM 11:46    NYC CRIMINAL COURT
                         APPEALS BUREAU

BC                                                                          Counselor Jin Wu

6. I am one of the ones of sun who are their Keepers of the Records for Osiris who is with Maat
   below us they will be seen... when they go below us, for there is a time for every matter and
   everything.



7. Counselor, the matter above us - there has been appealed and time has moved on since then nor
   have I received their decisions yet a rational person can easily see that this is malicious use of
   reason.

8. For everything is, that is, is a reflection of the Self to the self-whereas when one of us
   creates then it is of the Self of the Spirit and its natural gift to TIME.  Just as MeTu
   Neteter created the Self when within himself - his self He -cried which upon the mere
   contact of his Self's tears and the Ground came LIFE for the ones of Sun.

9. There are *three parts of the Self, the Physical Self, the Spiritual Self and the Emotional
   Self while the way of Maat provides the balance of the Self;* we however have been duped
   into the self that seems as that which constantly appeared up upon the TV screen for this
   many a one of us has already seen.  The TV screen this has been all that many a one of us
   has done with TIME, just sitting and a watching: watching that which seems and it enters
   and maintains the Spirit!

10. The influence is indirect yet it is, and as long as we watch it will be constant. Once in a while one of us may see something different and then the constants reappear and appear and reappears constantly one of us, can you see?

11. It is something that is constant and beyond your reach we neither make nor create what we see, nah not we.

12. For our Nile still flows from North to South and then back again and Ethiopia still sits on the other side and, just as there is a left and a right, a right and a wrong a knowing and a not knowing, a having and a not having. These are according to Nature as Nature has made it to be, not none of us.

13. One Sunday evening on the Memorial Day the Yankee's had a game and to be honest with you, every one of us I have not the slightest idea who they are playing against this evening and I AM Not going to waste any time trying find out either, it is a Roman Arena where there used to be evil only and because I care nothing about their stultifying competitions made to seem and instill to impregnate the spirits with fantasy over reality, to subconsciously be and at the same time unbeknownst we seem, you see?

14. The train was crowded as usual and there was not much room to get in because for some unknown reason most people like to stand right by the door in total disregard of everyone else, especially the existing ones of us, or of those who enter.   Many of these people are only going to 161st to see the game coming by subway from far distant places and yet, many we are too who are on our way home from our day out and about.

15. Now, here goes one of us:

16. "Excuse me, can I ask you a question?"

17. "Yeah, what do you have?"

18. "I AM 51 years old and I never seen a white man, can you please tell me how come you are not white?"

19. "I AM white, can't you see?"

20. One of Sun reaches now into his pocket and says:

21. "This is white and if you were white, you would certainly look exactly like this...Sir."

22. "That's true...I AM not that white!"

23. "Is it also true that your – story as a being here upon the earth starts from under 15 miles of Snow? And when you come out of your home and into the Suns Light you must wear a protective ointment to protect you from Amen-Rah's Rays?"

24. "Yeah..."

25. "Why is that so? It seems to me that God is against you, and yet you wish to appear as God, wow. You are a bad dude man... Kill everybody and tell them what to do and pose your -self above everyone else's self as, if as if you were the blessed one of Amen."

26. "What is Amen?"

27. "It's the beginning, from whence all that is came into being... creation's cradle...my man!"

28. He seems kind of confused and afraid as one of Sun speaks saying:

29. "Are you conscious, or subconscious...?"

30. "I AM not sure..."

31. "Certainly you are not sure - simply because you are only an appearance, which is in no manner what it appears to be... and the theory of 'white' is a subconscious entity that does not exist in reality y, it is only made to seem..."

32. "Made to seem?"

33. "Yeah, but you won't know that though... it all started a long time before you were born."

34. "Ancestry... "

35. "Yep, your Ancestors were savages, who have made it appear that they are seen to be civilizers, however, civilizers don't need to be feared. Your ancestors need to be feared because fear is their only means of control; it comes from the fear of and the challenges that they faced in that darkness from whence they had been and the challenges within, from whence they came...these are the *Revelations* that we have been waiting for..."

36. We hear the AP saying: "*Yankee Stadium if you are going to the game please exit through the back of the platform...*"

37. " I HAVE TO GO... "

38. "I know you do."

39. "Excuse me this is my stop..."

40. "Bless you man, just know that I have told you no lye, not even one..."

41. He exits the train and here he has others with him, an older one of us, then he looks at one of us and so says one of Sun:

42. "How come you ain't white?"

43. He looks and acts like he does not hear me, as if saying to himself:

44. "You know that you are right..."

45. The people on the train were looking and I didn't notice until I heard a foolish lady say:

46. "He is White... "

47. When I looked, every one of us, this lady she slumped down and there she appeared herself, seeming to be something other than what Nature would provide. Her hair by natures law would be as wool and she as bronze, however because of the inculcation's of the Tell lie visions screens and scheme's she is stuck somewhere in between, who she is and who she seems.

48. Now here goes one of us:

49. "Ms. this was way before you were born, and we have been made - to believe, you see: this is the land of Make Believe whereas they willed through fear, insipidity and the inculcation of it, to make you believe anything... "

50. "Make believe..."

51. "You see, their Generations of it have made us believe that we are black, yet in truth we are brown...in order for any one of us to be anything that they say, even the sweet Christians, every one of us, we have to believe it. It's an agreement even unbeknownst, subliminal in nature yet instilled in fact."

52. "I made An Agreement?"

53. "Yeah, yet you don't know that you have agreed, though."

54. "I don't know?"

55. "Nah you don't, because it was a long before you ever was."

56. Looking around now and seeing that others were paying full attention, I don't know, yet I do Plant my flowers wherever I can...saying:

BC

Counselor Jin Wu

57. "We do not know our selves, because if we did then we would not do what we do to ourselves, nor say the things we say about our self's."

58. "What am I doing to myself that you ain't?"

59. "Well, you see my hair?"

60. "You ain't got any."

61. "Yeah, but it's cool and it is tight, you see my beautiful brown scalp?"

62. "Yeah, it is tight, and I like bald head men... but why y are you dissing me?"

63. "No, Miss, it is not a dis by any mean and I cannot even get mad at you, you are beautiful according to nature, yet your agreement, unbeknownst is against the laws of Nature. You don't know and that is why you do it."

64. "What are you trying to say, 'I'm stupid?'?"

65. "Nah, not by any means...it was before you was therefore you would not have any knowledge of it unless you were knowingly and intentionally and with a full understanding then of what you are doing looking for it 'seeking too and you shall find...'"

66. "Seek and I shall find, sir I wasn't looking for you..."- waving a hand to say:

67. "Do you know - one of us?"

68. "No, I don't know no, one of us who - is that?"

69. "If you don't know one of us, then you do not know your - self, you see MS, you are one of us..."

70. "I'm not no so, so ah - called - one of us..."

71. "Yes Mam, you too are - one of us."

72. "How so... "

73. "Well, every one of us belongs upon the earth wherever we are; it's according to the law of Nature, nature binds us to the earth. Can you get off the earth?"

74. "You know damn well that I cannot get off the earth, neither can you but those white people went to the moon, and you are still down here with me..."

BC                                                                                          Counselor Jin Wu

75. "Well, that's true, yet in truth I AM being watched over and you are too by the Sun everyday... we know it not though and that is the problem. Our days are sad in so many ways when the Sun does not shine, yet we endure till, tomorrow - even if it is cold out we are glad to see it. Then when the seasons change we are happy to be in its rays. Some times its love is oppressive, yet it is love not understood."

76. "The Sun is watching over us, always?"

77. "Even if you don't see it, because it is a universal constituent which is an element of Time: So too are we."

78. "So too are we?"

79. "Yeah we are constituents of the Universe, my dear: citizen of it all of us everywhere and anywhere all that is, are citizens of - the Universe."

80. "I AM not any philosopher so don't be coming to me with your philosophies..."

81. "Nah not today, that is the code of ignorance, insipidity and regret and as I said that was yesterday 'not today' we are not going to justify ignorance, by any means: but rather we will avoid it by looking into the matter for our – selves otherwise we are going east my lady when we really think that we are going west - it is the deprivation of and fear then of using the word for lack of exposure this too is not any accident for it is knowing and intentional and fully understood by those who are seen as being above all of us..."

82. "Who are those who are seen as being above all of us?"

83. "Those are the ones, that man who got off sees himself and a great many other's there are too who see, they say: 'Know thy self-first' as being above all of us their reasoning is that we don't know our – self..."

84. "That ain't Kool at all."

85. "Damn, Right, and for this reason I asked my question to that so-called white man, you see the truth is that he is a sub-human yet when the Amendments were crafted governed too by the Universal Laws of the one of sun after being so-called conquerors because it is an irrational justification for any one of us to be below any one at all, you see the One of Sun was always in the Sun, that man was not he was an inhabitant of the earth under neither the Glaciers there were approximately three east of us."

86. "East of us"

87. "And here too..."

88. "Here too, it was one here too?"

89. "Yep, it was over 250,000 years ago."

90. "That is way back... "

91. "Before you was as I said before, you see?"

92. "I see..." she smiles!

93. "I'm about to get off on the next stop..."

94. "That's my stop as well..."

95. "You live around there?"

96. "That's not your business!"

97. "OK"

98. Train stops and we get off, however before successfully exiting we had to ask the guy's on the door to move, and we went on down the stairs, and *I was wondering what she was wondering* as we were going down the stairs *is she mean – momma was abusive* uncertainty is always around.

99. So I just keep walking down beside her to see if she would like to continue our conversation again a certain uncertainty is always around. So come to find out the lady asked me to walk her home.

100.      "Why don't you walk me home, I am single...?"

101.      "Yeah, I'll do that, of course. Which way? "

102.      "Matter of fact, why don't we go in here, can you buy me something to eat?"

103.      There is a Burger King right on the side here:

104.      "Yeah, I can do that, but I live around the corner I and I – I have food in the house plus I have my own grill."

105.      "Not yet, let's go here... "

106.      "Ok, cool..."

107.      While holding the door so that the lady could go in as I followed her lead. She is on her way to find a seat and I say:

BC

Counselor Jin Wu

108.    "What do you want?"

109.    "Wait, let me just put this over here where we'll sit..."

110.    "Ok."

111.    Had to wait in line anyway...there were others before us and then I see she finds a spot and puts things there. And come's over to where I AM saying:

112.    "What school did you go to?"

113.    "I went to Hudson Valley..."

114.    "I went to Columbia..."

115.    "That's cool. I used to walk through there speaking to students, and at city college I used to be in the NAK Lab, assisting student's with applications and their thesis."

116.    "Yeah, well, how come I never saw you in the lab?"

117.    "I said 'I used to' not that I still do it, in that lab. Haven't been there years, now I no longer have school ID, it expired plus I've got books to write before I die."

118.    "I do too."

119.    "Hmmmm that is so, so beautiful..."

120.    "Noah's ark did not wipe away Karnack because Kemet is creations cradle our Hieroglyphic's are the language of Created things, it is the language of - us - of creation and they are older."

121.    "Den era Zodiac Debra church in Thebes is older. The bible is a lie. It is not the word of god as we have been made to believe. Osiris whose Temple is in Tanis is now being brought back to the surface, you see because Alexander the Savage who we are taught is great built a library according to his story and his story is not exactly what it seems, however a man once told me: 'the victors make the rules...'"

122.    "Wait a minute, I thought you said: 'he is white!' when we were on the train, now you saying this about Kemet?"

123.    "Can I take the next order?"

124.    She steps up and orders and I paid for it... then we went and sat down while she eats and then speak and I listen when she speaks... when she finished speaking O yes, one of Sun spoke saying:

BC                                                                                          Counselor Jin Wu

125.    "Osiris would be as he is and by no means would he suggest that any one of us should be without anything for any reason, nature provides, however it seems to us like it is the government who does that." She comes clean and states:

126.    "I was playing the part that was given onto me... didn't you see my co-workers beside me, they thinks that they are white and so I acted as if while we listened to you speak to him. Telling him the true about his self, in front of all us and I was petrified."

127.    "That's part of the condition baby, don't go by what they say..."

128.    "That's what I know - and I act too."

129.    "You do?"

130.    "Yes I do..."

131.    "You know that and you act like you do – something other than your – self?"

132.    "Yeah, and I know that they are lying about us, that Maat provides balance and that she and Thot Keeps the records for Osiris. However what they do is create a criminal record against - any one of us."

133.    "You getting paid for that and that kind of pay is the kind of pay that I don't want! Too many before you have sold their spirit for what hungers..."

134.    "Well, as you can see I am hungry and I need to eat had a long day and did not have time to grab a bite...I eat because nature gives me the need to and only when I need to, not just simply because I can. I can always feed myself, and I don't want to talk to no man who cannot feed me."

135.    "I eat, one of us, every one of us, we eat to live, and the process of eating is according to nature because of the fire that burns within our hearts which starts the process of food and all that we partake, just as the earths inner core sprouts lava and life Diamonds and Gold and making Beings of it, of things within itself according to the its nature of creation, and the things becoming are universal constituent's that are becoming according to its law. Especially those who wish to be above every one of us, presuming that the banning of information through generations of deprivation of the word... while the word has become because of the Ones of Sun having 360 sense above the sub. Our Hieroglyphs are the etymology of the words that we use today."

136.    "What is etymology?"

137.    Grabbing pen and paper and scribbling "Can you see our duck in this s that s is become from this there are hieroglyph's

upon our sphinx the great enigma of all time. You see Etymology is the origin of words and so no - everybody else is not above the sub; many have come from under earth...only having 5 senses that are because their spirit is evil presuming fine..."

138. "Presuming fine, and taking our words?"

139. "Acting as if their indifference to everybody else's life is right and just that their indifferences and the greed and show of wealth ill-gotten, in fact, their wealth and greed for things is ill-gotten wealth, as if that show then of wealth to those who are deprived because of their greed and indifference to anybody else, is a sign of royalty which is an inculcated lie, and a devastation for the Spirit; Any spirit."

140. "They are not Royal...somebody said that?"

141. "Some dude asked me a question saying: 'have you ever heard of royalty?'"

142. "I said 'that is a lie you are not royal, thieves maybe, but royal you are not, you are only an appearance which is in no manner what you appear to be.' "

143. "What did he say?"

144. "He didn't say anything...just walked away knowing that I have told no lie...

145. "Did you see Athena up at Columbia?"

146. "Yeah, I thought that nobody knew, but here you do."

147. "I used to go there..."

148. "Yeah, I hear that, I went to Hudson Valley Community College up in Troy, New York and I worked for New York State Department of Education... as a Keyboard Specialist/Data Base Manager & Developer."

BC                                                                                          Counselor Jin Wu

149.        "Yeah. what happen? Why you're not still there?"

150.        "Discrimination..."

151.        "There is a lot of that going around every day, is it because we are unarmed or
            that we don't know the law?"

152.        "Both."

153.        "Accordingly we are subject to being unarmed first and foremost and then too to
            the fear of the inculcated his story of America and we do not know the laws because of
            the general conditioning of the spirit thus. We are then subject to that which only seems.
            "

154.        "Only seems... "

155.        "Yes my friend it only seems to be something other than what it really is, like our
            reason for conversing in the first place. And now the realization that there is no white man
            they do not exit, however he hides in the story's things that appear to be true only
            because it is inculcated.-``

156.        `` inculcated``

157.        ``it is against the spirit of all of us...any one of us who is not from Europe, and it
            is not because one of us is against any one of us... not none of us...we are against no one,
            every one upon the earth is inalienably entitled by the laws of nature not the irrational law
            of fear and indifference to the natural right to reason in accordance with the law of
            nature..."

158.        "The laws of nature, they do not use the law of nature because their law is for the
            greater good according to what I was taught."

159.        "Natures law is common and no one is deprived in accordance with it, because it
            naturally belongs - to all of us. Anything that is here or anywhere in existence is only
            because of nature. Yet he has inculcations of indifference to the law of nature... you see
            everyone has the natural right to breathe air... "

160.        "That's true, we all breathe... "

161.        "Now, let us see if you can stop thinking...let me know what happens."

162.        "I am thinking about - not thinking...."

163.        "You're still thinking, therefore you cannot stop...and the discrimination is
            intended to make you insipid, to discourage you, and too - to keep all us from thinking

above the 5 senses. On my job with the state I was better than the dummies that I was working for, like Patricia Mooney of GED NYSED at 89 Washington Avenue in Albany, New York and she has probably retired by now, however she has a story;"

164.     "What's her story...'Jerry' do you remember that... " Smiling she was while saying this ''remember...''

165.     "Yeah, I remember that. But forget about jerry, he was getting money....and we were broke every day and really for no reason because nature with its will, will subject any being here up on the earth to the same."

166.     "What is that?"

167.     "To its law, to be creative and abled - to eat, yet Europe wants all the food. They do not particularly care if we eat. That is the reason why that, so – called 'greater good' is really no good at all for any one of us. "

168.     "You're got damned right, it ain't any good for - any one of us... it does not matter who it is you see, or at least I see that...shit"

169.     "Yeah, that's cool..."

170.     "Seeing yet not perceiving at all, for most of us."

171.     "I say: 'Yep!'"

172.     "Know too that Osiris has a temple, the Temple of Osiris is still here who which sunk by liquefaction my research reveals which occurred when Alexander built a library with our books saying, 'these are my books, translate them into Greek...'"and now that library is no more.

173.     "Yeah, I used to see those names upon the building every day... remember? Their names are written there upon the Butler Library Building from Homer –Virgil..."

174.     "I saw it, and spoke looking for a Scholar to debate with what's written in the bible it says 'it is a spiritual war, in high places' and I am sure that you have seen those high places up in that tree that George Washington told no lie about it's the Butler Library."

175.     Columba University's butler Library houses a massive amount of literature, which has been translated from Greek to English, now here goes one of Sun:

176.     "Many ones of Sun had knowledge above the sub, for they are hue man, having hue: do you understand?"

BC                                                                      Counselor Jin Wu

177.    "Yeah. I have hue just like you do, not all of us have as much hue as you... "

178.    "I have a lot of hue, is that what you are trying to say?"

179.    "Nah baby, I AM not trying to do anything, I AM telling you what I see."

180.    "OK and it is possible too that I AM going to as well tap into the 360 because I
        AM ABLE!!!"

181.    "You can, you are Able... "

182.    "Because I have hue... "

183.    "Because you have hue..."

184.    "You see the hue comes from Rah who is complete needed no thing from anyone
        of us yet extending life according to nature and always watching over the children of the
        earth..."

185.    "We are the children, then of the earth...?"

186.    "Well, the earth belongs to all of us and Rah watches over all of us all over the
        planet and it happens at different times, you see? There is no discrimination of any sort
        from Rah."

187.    "He's will watch over all of us in Tokyo at one point and at another we would be
        being watched over. Here in America."

188.    "I see."

189.    "I AM the one of Sun - so too are you..."

190.    "I know... "

191.    Should we continue with Homer's Odyssey in which the Cyclopes with one eye in
        the middle of his head, he eats one thief and has the other under his foot; he is saving him
        for later or our Legacy where there is Universal Harmony for the children's, children?

192.    I AM VERY SERIOUSELY concerned about the injustices imposed onto us by the gun
        holders...Mr. Wu and as my attorney we must always be in agreement with one another
        because you are a representative of my - self and so I took the time to look at each
        Amendment for My – self because I do not wish to go east when I really think that I am
        going west...

- Even so: we just let him tell his story first and his is untruth which is sure to leave out Mirada. you see because he's bound to flip and he is going to fumble being that it is this that he actually does not have no truth to tell when it comes to him or any of them to have taken the time to have say:

  > "You have the right to remain silent, anything you say can and will be held against you in a court of law...etc."

193.     Herewith I respectfully request that you respect my wishes and disdain that picture stuff because in all actuality if I told you of "this" and of "that" supposing a call and yet you did not comply then you would be in violation and it is accordingly too to that which they say yet consider this:



194.     Nor shall any person be bullied by being he/she being compelled in any criminal case to be a witness against him/Herself, nor be deprived of life, liberty, or property, *without due process of law; nor shall private property be taken for public use, without* just compensation.

195.     What rights can the people of the State claim if they are accused of crimes?

They knowingly and intentionally and well with a full understanding of what they are doing violate the 4th, 5th, 6th, and 8th against the ones of sun:

The Amendments provide much of the constitutional basis of these rights, that they have sworn to up hold which includes...

The Principle of Due Process

Due process means that laws must be applied fairly and equally to all people not just the ones of Sun because we are citizens of the Universe, especially to a citizen accused of a crime. The Constitution uses the phrase in the 5th and 14th Amendments, declaring that the government shall not deprive anyone of "life, liberty, or property, without due process of law..." The 5th

BC

*Counselor Jin Wu*

"You have the right to remain silent, anything you say can and will be held against you in a court of law...etc." his seizure was unreasonable to say the least you see it.

- Never happened...
- Also that judges decisions need to be reviewed... as I told you upon the phone.
- To Ambiguously wave a right is irrational, there is no ambiguity when you are bound and threaten and it comes to the rights by law.

Thank you very much for your time and attention to this matter, and even if I don't happen to meet the super of the building or no camera shots are recovered, the proof will be in his evil spirit, truth has no place with him. For the People of the State are the Authors of a lie, I have never seen a black man nor a white one.

Until I receive your response

Sworn to before me, this 8 day of July, 2015

Boisey Caldwell Pro-se

Notary Public

CORNELL NOLTON
Commissioner of Deeds, State of New York
No. 37324
Qualified in Bronx County
Commission Expires 20___

7/8/15

© BC 2015



February 27, 2015

Mr. Bill Bradley
Police Commissioner of the City of New York
1 Police Plaza
New York, New York 1000?

Dear Mr. Bradley,

Hi, how are you?

I would like to make an appointment with you, if I can? My name is Boisey Caldwell and I write for those who come behind me, you may or may not know of my book entitled <u>An Angel Unbeknownst</u> it is on Facebook @ bcal you should go check that out when you get a chance and go over and see my page entitled <u>for Trayvon</u> as well  you see, my <u>Angel Unbeknownst</u>, she is forthcoming and is dedicated to each and every single one of us here  - us here  - upon the earth, because only the truth will set each and every single one of us free: especially those – those who come behind me:

The night before last I watched you and the others deliver your plans to keep the *many* or the *insipid*, insipid: to maintain and *impose denial of Life Liberty and Freedom* to any one of us for the benefits of the *few*, *those investors who for the most part have been passed down ill-gotten pelf from one generation to the next they are those who appear unbeknownst* and you appear known as the Commissioner who stops crime, yet denying and disdaining the crimes committed by this.

Natures Law give on to all who are upon the earth the Natural Right to go whither they please, pelf is not the requirement for that. Nature has made Rational Beings. For everything is, that is, is a reflection of the *Self* to the *self*-whereas when one of us creates then it is of the Self of the *Spirit* and its *natural gift to TIME*.  Just as MeTu Neteter created the Self when HE within himself - his self He -cried which upon the mere contact of his Self's *tears* and the *Ground* came *LIFE* for *the one's of Sun.*

I AM one of One of Sun, the imprisoned Light inside the hands of our Lady Liberty, what One of Sun has done, nothing can be added to it, nor can anything be taken away from it, One of Sun has done it saying:                                                      "I AM..."

---

©BC2015   The hidden one of us, the eternal provide of all of us the children of the earth. We are the children of the earth fighting one another over mother she provides all for her children,

October 20, 2015

Mrs. Keum,

Boisey Caldwell

Re: CJA Case # 2015NY012191                    Return date 11/04/2015

Dear Mrs. Keum,

Please take notice that Jin Wu knowingly and intentionally and not only that, but he, his supervisors and the district attorney all had a full understanding of what they were doing and has agreed that I pay no surcharge and that I plea to time served and I do not agree. Wherefore, my omnibus motion has been submitted to get rid of him first and then to move for dismissal:

Whereas,

- I AM NOT TAKING A PLEA and At the onset of your appointment as my counselor, there has been given to you from the Court her- self my motion to dismiss and as far as I can see I am a bit confused as to why you would need to meet with me when you have all the information that you need to successful have the matter dismissed.
- I am therefore reaching out in a way to protect myself from a system designed to keep us confined when nature gives everyone the right to be upon the earth. The war is over, or at least it should be, if they won then they won however is it rational to deprive people through those investments that imprison us unawares... those surcharges are distributions to individual accounts of those who invest in the prison systems.
- I AM NOT INSIPID, nor will I agree to be oppressed, no matter how unseeing it may be.
- Man-made laws are irrational and are subject to the feelings and beliefs of those who impose them, just because it is their belief or reasons rather, not because it is right, instead because they rule by way of ignorance and fear. While it is all done to make them seem to be above all of us. Further:
- I have made "reasonable notice" as dictated by CPL §210.40

Please take further notice, that the motion to dismiss should be submitted as such I was talking to a friend and I told her just like I am telling you:

1. "For they are acting as if their indifference to everybody else's life is right and just that their indifferences and the greed and show of wealth ill-gotten, in fact, their wealth and greed for things is ill-gotten wealth, as if that show then of wealth to those who are deprived because of their greed and indifference to anybody else, is a sign of royalty which is an inculcated lie, and a devastation for the Spirit; Any spirit."

2. "They are not Royal...somebody said that?"

3. "Some dude asked me a question saying: 'have you ever heard of royalty?'"

4. "I said 'that is a lie you are not royal, thieves maybe, but royal you are not, you are only an appearance which is in no manner what you appear to be.' "

5. "What did he say?"

6. "He didn't say anything...just walked away knowing that I have told no lie...

7. "Did you see Athena up at Columbia?"

8. "Yeah, I thought that nobody knew, but here you do."

9. "I used to go there..."

10. "Yeah, I hear that, I went to Hudson Valley Community College up in Troy, New York and I worked for New York State Department of Education... as a Keyboard Specialist/Data Base Manager & Developer."

11. "Yeah, what happen? Why you're not still there?"

12. "Discrimination..."

13. "There is a lot of that going around every day, is it because we are unarmed or that we don't know the law?"

14. "Both."

15. "Accordingly we are subject to being unarmed first and foremost and then too to the fear of the inculcated his story of America and we do not know the laws because of the general conditioning of the spirit thus. We are then subject to that which only seems. "

16. "Only seems... "

17. "Yes my friend it only seems to be something other than what it really is, like our reason for conversing in the first place. And now the realization that there is no white man they do not exit, however he hides in the story's things that appear to be true only because it is inculcated,-' '

18. " " inculcated"

19. "it is against the spirit of all of us...any one of us who is not from The  those police are the parlaying Unrestrained ones of us, and it is not because one of us is against any one of us... not none of us...we are against no one, every one upon the earth is inalienably entitled by the laws of nature not the irrational law of fear and indifference to the natural right to reason in accordance with the law of nature..."

20. "The laws of nature, they do not use the law of nature because their law is for the greater good according to what I was taught."

21. "Natures law is common and no one is deprived in accordance with it, because it naturally belongs - to all of us. Anything that is here or anywhere in existence is only because of nature. Yet he has inculcations of indifference to the law of nature... you see everyone has the natural right to breathe air... "

22. "That's true, we all breathe... "

23. "Now, let us see if you can stop thinking...let me know what happens."

24. "I am thinking about - not thinking...."

25. "You're still thinking, therefore you cannot stop...and the discrimination is intended to make you insipid, to discourage you, and too - to keep all us from thinking above the 5 senses. On my job with the state I was better than the dummies that I was working for, like Patricia Mooney of GED NYSED at 89 Washington Avenue in Albany, New York and she has probably retired by now, however she has a story;"

26. "What's her story...'Jerry' do you remember that... " Smiling she was while saying this ''remember...''

27. "Yeah, I remember that. But forget about jerry, he was getting money....and we were broke every day and really for no reason because nature with its will, will subject any being here up on the earth to the same."

28. "What is that?"

29. "To its law, to be creative and abled - to eat, yet The   those police are the parlaying Unrestrained ones of us wants all the food. They do not particularly care if we eat. That is the reason why that, so – called 'greater good' is really no good at all for any one of us. "

30. "You're got damned right, it ain't any good for - any one of us... it does not matter who it is you see, or at least I see that...shit"

31. "Yeah, that's cool..."

32. "Seeing yet not perceiving at all, for most of us."

33. "I say: 'Yep!'"

34. "Know too that Osiris has a temple, the Temple of Osiris is still here who which sunk by liquefaction my research reveals which occurred when Alexander built a library with our books saying, 'these are my books, translate them into Greek...''and now that library is no more.

35. "Yeah, I used to see those names upon the building every day... remember? Their names are written there upon the Butler Library Building from Homer –Virgil..."

36. "I saw it, and spoke looking for a Scholar to debate with what's written in the bible it says 'it is a spiritual war, in high places' and I am sure that you have seen those high places up in that tree that George Washington told no lie about it's the Butler Library."

37. Columba University's butler Library houses a massive amount of literature, which has been translated from Greek to English, now here goes one of Sun:

38. "Many ones of Sun had knowledge above the sub, for they are hue man, having   hue: do you understand?"

39. "Yeah, I have hue just like you do, not all of us have as much hue as you... "

40. "I have a lot of hue, is that what you are trying to say?"

41. "Nah baby, I AM not trying to do anything, I AM telling you what I see."

42. "OK and it is possible too that I AM going to as well tap into the 360 because I AM ABLE!!!"

43. "You can, you are Able... "

44. "Because I have hue... "

45. "Because you have hue..."

46. "You see the hue comes from Rah who is complete needed no thing from anyone of us yet extending life according to nature and always watching over the children of the earth..."

47. "We are the children, then of the earth...?"

48. "Well, the earth belongs to all of us and Rah watches over all of us all over the planet and it happens at different times, you see? There is no discrimination of any sort from Rah."

49. "He's will watch over all of us in Tokyo at one point and at another we would be being watched over. Here in America."

50. "I see."

51. "I AM the one of Sun - so too are you..."

52. "I know... "

53. Should we continue with Homer's Odyssey in which the Cyclopes with one eye in the middle of his head, he eats one thief and has the other under his foot; he is saving him for later or our Legacy where there is Universal Harmony for the children's, children?

54. I AM VERY SERIOUSELY concerned about the injustices imposed onto us by the gun holders...Mr. Wu and as my attorney we must always be in agreement with one another

Searches and Seizures

The purpose of the 4th Amendment is to deny the national government the authority to make general searches and seizures of property. A major issue over the years has been the interpretation of "unreasonable" searches and seizures. The rules can be complicated. They also change often, but the general principle is that searches are valid methods of enforcing law and order and are prohibited.

**Let us make a very reasonable presumption here**:

Presuming that these officers had an actual intent of enforcing law and order in what way would be our question for I was on my way home and was duped you see? One officer recovered a lose rock and the other a single bag and their commanding officer whose ignorance to the law is no excuse she signed their submissions even with this inconstancy and this has been already written and you have it, also the ink is dry.

Here we have the **6th Amendment: Right to Counsel in All Criminal Prosecutions**

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Counselor we are Presuming that these officers had an actual intent of enforcing law and order in what the officer says is that he saw me go in the hall way and therewith he did not act in a way to enforce the law to capture the drug dealer whereas he did not come in the hallway behind me, yet instead they waited and I was duped and subject forthwith with his threatening contact is unreasonable and are prohibited you see: therefore the installation of fear was induced with his stating "I AM THE POLICE and I saw you go in the building, while holding very tightly to my arm and seeing his gun too and being intimidated by him at the same time: so I said: "right here in my pocket" – for things happens so quickly fear is instilled at the same rate. Officer Gil says: "they usually say they don't have anything."

- They, the People of the city are in violation of my 4th, 5th 7th, Amendment and to a certain extent the 8th by way of the constant installation of insipidity, for I am not supposed to know which act of deprivation of this or that nor what is according to law, not according to the fear and insipidity that has been imposed upon those who have come before ME nor will we be insipid and let it continue on to those who come behind me it's not something that by any means that I agree with. I AM VERY SERIOUSELY concerned about the injustices imposed onto us by the gun holders... Even so: we just let him tell his story first and his is sure to leave out Mirada, you see because he's bound to flip and he is going to fumble being that he actually does not have no truth to tell when it comes to him or any of them to have taken the time to say:

"You have the right to remain silent, anything you say can and will be held against you in a court of law...etc." his seizure was unreasonable to say the least you see it.

- Defenseless I AM instead and not one of the many officers there read me Miranda... Never happened
- Also that judges decisions need to be reviewed... as I told you upon the phone.
- To Ambiguously wave a right is irrational, there is no ambiguity when you are bound and threaten and it comes to the rights by law.

To the Clerk of the Court could you please file this matter as omnibus Motion to dismiss, whereas I don't have an attorney, nor do I pose to be an attorney licensed to practice law while the ones who are attorneys licensed to practice law are irrational and threatening... as it can be seen they disdained my every...

Wherefore, the matter should be dismissed on the merits of the law, and purposes of dissuasions and inculcations of Stultifications being intended to go from generation to generation because of their deprivations of the Word, while on to all is Natures Right to Reason in Accordance with Nature, we have the natural right to reason and therefore the natural right to life, liberty and the pursuit of happiness, not fear and deprivation like this.

BC

Boisey Caldwell

BC                                             Omnibus Motion to dismiss

August 7th, 2015

City of New York Criminal Court
100 Centre Street
New York, NY 1000

Boisey Caldwell
25 Elliot Place
Bronx, New York 10452
Boiseye123@yahoo.com

CJA Case # 2015NY012191                        Return date 9/29/2015

Please Take Notice that Boisey Caldwell herewith, respectfully deposes and says:

- On July 28th, 2015 a warrant was issued out for my arrest, and although I sat in the second roll reading the Egyptian Book of the Dead until suddenly my counsel appears and we have to communicate before going before the court.

- Jin Wu takes me across town to speak to and hear from his supervising counselor for instructions whereas, she/he/da agreed and they made an attempt to dissuade me from opposing the District Attorneys agreement that was made with them, which is that I agree for them to create another record if I plea to time served with no surcharges imposed. I just walk away Scott Free... or that "At the Sandoval hearing they'll use my record against me..."

- On the 27th, of July 2015 while I was walking downtown by Harlem hospital I looked at my phone and I sat on the edge of the gates at the bottom because I had missed a call from Counselor Wu and this is a matter what happened on my day in court on July 28th, 2015 in Criminal Court, I say this now "I have never really been a criminal nor a thug because the real criminals are thee whoever who deprive another of the natural right to go whithersoever they please, their agreement is irrational and Mr. Wu asked me to cop out saying:

1.    "Mr. Caldwell, do you want to get this matter over with?"


2.    "Yeah, I do."


3.    "Well, this is the offer that they are making, that you cop out to time served...and you won't have a surcharge."

1

BC                                                              Omnibus Motion to dismiss

4. "And it will be on my record? They are keeping records of us, and what they don't know is that I AM keeping a record of them..."

5. "Yeah, and what you do is that you put it in your book to let the people get involved and to make it known..."

6. "I do want to get it over with... "

7. "Time served... "

8. "OK"

9. This was when I was in the street, yet later that evening when I got home, my Spirit says:

10. *"That would misrepresent our whole intention, that is not what we shall do, tell him no..."*

11. Immediately although he had gone home by now, having called me on the 27th to make such an offer now this was after I sent a doc to him signed and emailed PDF when it was signed.

12. And here is my Voice Message:

13. "I AM not doing this for myself, if I were then I would agree, I however do not agree because it is not for me, it's for those who come behind me..."

14. Then I texted him:

15. "It is not for me, it's for those who come behind me...therefore I DONOT AGREE..."

16. In court he took me out of the building and we walked, yet I have never been shot and I walked with a limp across town with him to his supervisor who says:

17. "You know that when they present the Sandoval Hearing for pretrial they will bring up your criminal record?" this is Supervision

18. "OK"

BC

19. Then I showed her my disability ID, where she asked "what is that?"

20. "I AM disabled according to law... Whereas, I have PTSD... and the only way to treat it is to accept it, because none of us are getting out of life alive. So, I don't waste my time worrying about something that I cannot change, it already happened and I still have time to live my life wherein I don't waste it on worrying about something, that I cannot do anything about, this is my time, not it's. It already happened. " I did not need to tell them about ADA...they are the ones who are so sharp and keen...

21. "You have to get a 7:30 to see if you can stand trail..." Supervision

22. "Yo, let's get out of here..."

23. We left and this dude probably did not check his email now I would imagine of the phone, if he made any calls he saw my message? So, when we leave I give him my copy of the document sent via email days ago and he comes up with

24. "The victor makes the rules... "

25. "What kind of a rule is that? It is Nature who gives of rights to whither so ever thou pleased."

26. "You are going to have to go to the Legislators."

27. So I wrote to the Legislators a copy of this document yet I don't wish to represent what you' already read in two different ways. The date is July 15th. 2015.

28. To

<abbatep@assembly.state.ny.us>; <abinantit@assembly.state.ny.us>;
<ArroyoC@assembly.state.ny.us>; <AubryJ@assembly.state.ny.us>;
<BarclaW@assembly.state.ny.us>; <BarrettD@assembly.state.ny.us>;
<barronc@assembly.state.ny.us>; <benedettom@assembly.state.ny.us>;

29. They have been notified and I sent blind copies to many others as well. If I don't get to do it then it belongs to one of us...

30. "One of us, it belongs to you" says time... "Don't go by yourself..."

3

BC

31. Anyway, this is what happened in front of the Judge, he was one of the ones of sun saying:

32. "There is a warrant out for this man, why did you take him away counselor?"

33. "I'm, O sorry. Your honor, my supervisor and I needed to talk with him..."

34. What's your offer?

35. The da says:

36. "Were not ready... we offer Time served."

37. Judge is looking now at one of Sun to answer and I say:

38. "You're not ready?" answering one of Sun with: "Nah..."

39. Guy with a gun hands me the next scheduled return date 9/29/2015.

40. We left and I told him...

41. "You're not going to be my attorney... I want an 18B Attorney, not you... this is a violation, your making of that agreement. When I was in Florida there  those police are the ones who are parlaying as the Unrestrained ones of us took me to the beach talking about I AM GOING TO KILL YOU NIGGER and guess what I AM right here talking to you now. "Handing him my card then I walked away...

42. While in the Instant matter their reason for making such an offer is because my rights were violated and that is the truest reason for their agreement, Mr. Wu, was well informed and he has supposed himself as being a representation for my – self, while in truth his act is not my – self.

43. Martial he told me saying: "Attorney's, they are so sharp and so keen, that they never cut themselves just what's in between..."

44. His following of and their instructions would be that of Aurelian which is justice two fold, one for the equals and another for the unequal's. While, universal law binds every single one of us to the ground and breathing, sleeping, eating, urinating, defecation and a very great many other natural courses, to say the least. Therefore inequality is irrational. And any law which provides it must, by all means be amended.

45. Wherewith, the concept of Aurelian is irrational and naturally not according to nature.

To the Clerk of the Court:

BC                                                    Omnibus Motion to dismiss

I AM one of the One's of Sun and I had a misrepresenting attorney for the instance case that I
AM pursuing to the end, which is below:

Counselor Jin Wu                                         July 8th, 20015

Staff Attorney
The Legal Aid Society
Criminal Defense Practice
49 Thomas Street
New York, New York 10013
(212) 298-3086
JHWu@Legal-Aid.Org

Boisey Caldwell
25 Elliot Place
Bronx, New York 10452
Boiseyc123@yahoo.com

Dear Counselor Please Take Notice that when I had that meeting with you and your supervisor I
was not totally honest with him in that he said: "You sound like you're one of them..." I said:
"No it's not that, it's their spirits..." now I would like to say: "I AM one of them...we were
brought here against our natural will to be one with Nature from the Nile River" and I would like
to know:

1.  What rights can the people of the State claim if they are accused of crimes?

2.  I AM doing this for my-self, yet not my – self only on February 7th, I wrote to the
    Commissioner of New York City  those police are the parlaying Unrestrained ones of us
    of the Police Department Bill Bratton and his boss Mayor Deblassio and they have not
    acknowledged yet therefore I actually wrote to the People of the City/State on or around
    May 5th there you see Bill Bratton I said to him:

    "And you were again seeming to be posing a little lenience so to speak in front of the camera
    you told all of us about the stop and frisk of us, not anybody except the ones of Sun is the
    message intended and at the same time the ones of Sun he is your Imprisoned Light is shown
    cuffed by your officers, and if it was your child you would be offended, yet it's not your children
    and especially the fact that you benefit from it so there you must appear as being just a little
    lenient, with an unjust cause you cannot be just. However if you had a just cause then surely - you
    would just."

3.  On February 27th, 2015 I wrote saying; " the night before last I watched you and the others
    deliver your plans to keep the *many* or the *insipid*, insipid: to maintain and *impose denial
    of Life Liberty and Freedom* to any one of us for the benefits of the *few, those investors
    who for the most part have been passed down ill-gotten pelf from one generation to the
    next they are those who appear unbeknownst* and you appear known as the Commissioner
    who stops crime, yet denying and disdaining the crimes committed by this."

BC                                                    Omnibus Motion to dismiss

4.  Here below we have the investors by their code names only...In this matter as in the instant matter I was honest and truthful and in the end I had to tell the Judge that he is pretty stupid - for a Judge.

5.  The Attorney in this matter did not agree with me, instead she knowingly and intentionally, not only that but she Judged with the judge and the district attorney they all had an agreement, just as Bill Bratton – the people of the State all have an agreement to subliminally deprived anyone who is subjected to arrest by NYPD to paying the investors off by the inculcation of

BC

debt

2015-B-10

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF Bronx

THE PEOPLE OF THE STATE OF NEW YORK
Respondent

- against -

Boisey Caldwell

Defendant - Appellant

NOTICE OF APPEAL

Docket Number

2014SX070847

Sirs:

Please take notice that the defendant herein appeals to the Appellate Term of the Supreme Court of the State of New York, held in and for the First Judicial Dept., from the judgement convicting him/her on the 23 day of December 2014 of PL 240.20 DisCon.

and sentencing him/her to Fine - $30°°, Surch - $95°°, CUAF - $25°°

rendered in the Criminal Court of the City of New York, county of Bronx by the Hon.                    on the 23 day of December, 2014

DATED:        County of Bronx
The     26 day of January, 2014

2015 JAN 26 AM 11:46
NYC CRIMINAL COURT
APPEALS BUREAU

Yours,
Name      Boisey Caldwell
Address   25 Elliot Place
          Bronx, NY 10452

To: District Attorney
    County of Bronx

7

BC                                                              Omnibus Motion to dismiss

6.  I am one of the ones of sun who are their Keepers of the Records for Osiris who is with Maat below us they will be seen... when they go below us, for there is a time for every matter and everything.



7.  Counselor, the matter above us - there has been appealed and time has moved on since then nor have I received their decisions yet a rational person can easily see that this is malicious use of reason.

8.  For everything is, that is, is a reflection of the Self to the self-whereas when one of us creates then it is of the Self of the Spirit and its natural gift to TIME.  Just as MeTu Neteter created the Self when within himself - his self He -cried which upon the mere contact of his Self's tears and the Ground came LIFE for the ones of Sun.

9.  There are *three parts of the Self, the Physical Self, the Spiritual Self and the Emotional Self while the way of Maat provides the balance of the Self*; we however have been duped into the self that seems as that which constantly appeared up upon the TV screen for this many a one of us has already seen.  The TV screen this has been all that many a one of us has done with TIME, just sitting and a watching: watching that which seems and it enters and maintains the Spirit!

10. The influence is indirect yet it is. and as long as we watch it will be constant. Once in a while one of us may see something different and then the constants reappear and appear and reappears constantly one of us, can you see?

11. It is something that is constant and beyond your reach we neither make nor create what we see, nah not we.

12. For our Nile still flows from North to South and then back again and Ethiopia still sits on the other side and, just as there is a left and a right, a right and a wrong a knowing and a not knowing, a having and a not having. These are according to Nature as Nature has made it to be, not none of us.

13. One Sunday evening on the Memorial Day the Yankee's had a game and to be honest with you, every one of us I have not the slightest idea who they are playing against this evening and I AM Not going to waste any time trying find out either, it is a Roman Arena where there used to be evil only and because I care nothing about their stultifying competitions made to seem and instill to impregnate the spirits with fantasy over reality, to subconsciously be and at the same time unbeknownst we seem, you see?

14. The train was crowded as usual and there was not much room to get in because for some unknown reason most people like to stand right by the door in total disregard of everyone else, especially the existing ones of us, or of those who enter.   Many of these people are only going to 161st to see the game coming by subway from far distant places and yet, many we are too who are on our way home from our day out and about.

15. Now, here goes one of us:

16. "Excuse me, can I ask you a question?"

17. "Yeah, what do you have?"

18. "I AM 51 years old and I never seen a white man, can you please tell me how come you are not white?"

19. "I AM white, can't you see?"

20. One of Sun reaches now into his pocket and says:

21. "This is white and if you were white, you would certainly look exactly like this...Sir."

22. "That's true...I AM not that white!"

23. "Then you are not white, isn't it also true that your – story as a being here upon the earth starts from under 15 miles of Snow? And when you come out of your home and into the Suns Light you must wear a protective ointment to protect you from Amen-Rah's Rays?"

24. "Yeah..."

BC

25. "Why is that so? It seems to me that God is against you, and yet you wish to appear as God, wow. You are a bad dude man... Kill everybody and tell them what to do and pose your -self above everyone else's self as, if as if you were the blessed one of Amen."

26. "What is Amen?"

27. "It's the beginning, from whence all that is came into being... creation's cradle...my man!"

28. He seems kind of confused and afraid as one of Sun speaks saying:

29. "Are you conscious, or subconscious...?"

30. "I AM not sure...

31. "Certainly you are not sure - simply because you are only an appearance, which is in no manner what it appears to be... and the theory of 'white' is a subconscious entity that does not exist in reality y, it is only made to seem..."

32. "Made to seem?"

33. "Yeah, but you won't know that though...  it all started a long time before you were born."

34. "Ancestry... "

35. "Yep, your Ancestors were savages, who have made it appear that they are seen to be civilizers, however, civilizers don't need to be feared. Your ancestors need to be feared because fear is their only means of control; it comes from the fear of and the challenges that the faced in that darkness from whence they had been and the challenges within, from whence they came...these are the *Revelations* that we have been waiting for..."

36. We hear the AP saying: *"Yankee Stadium if you are going to the game please exit through the back of the platform..."*

37. " I HAVE TO GO... "

38. "I know you do."

39. "Excuse me this is my stop..."

40. "Bless you man, just know that I have told you no lie, not even one..."

41. He exits the train and here he has others with him, an older one of us, then he looks at one of us and so says one of Sun:

42. "How come you ain't white?"

10

43. He looks and acts like he does not hear me, as if saying to himself:

44. "You know that you are right..."

45. The people on the train were looking and I didn't notice until I heard a foolish lady say:

46. "He is White... "

47. When I looked, every one of us, this lady she slumped down and there she appeared herself, seeming to be something other than what Nature would provide. Her hair by natures law would be as wool and she as bronze, however because of the inculcation's of the  Tell lie visions screens and scheme's she is stuck somewhere in between, who she is and who she seems.

48. Now here goes one of us:

49. "Ms. this was way before you were born, and we have been made - to believe, you see: this is the land of *Make Believe* whereas they willed through fear, insipidity and the inculcation of it, to make you believe anything..."

50. "Make believe..."

51. "You see, their Generations of it have made us believe that we are black, yet in truth we are brown...in order for any one of us to be anything that they say, even the sweet Christians, every one of us, we have to believe it. It's an agreement even unbeknownst, subliminal in nature yet instilled in fact."

52. "I made An Agreement?"

53. "Yeah, yet you don't know that you have agreed, though."

54. "I don't know?"

55. "Nah you don't, because it was a long before you ever was."

56. Looking around now and seeing that others were paying full attention, I don't know, yet I do Plant my flowers wherever I can...saying:

57. "We do not know our selves, because if we did then we would not do what we do to ourselves, nor say the things we say about our self's."

58. "What am I doing to myself that you ain't?"

59. "Well, you see my hair?"

60. "You ain't got any."

61. "Yeah, but it's cool and it is tight, you see my beautiful brown scalp?"

BC

62. "Yeah, it is tight, and I like bald head men... but why y are you dissing me?"

63. "No, Miss, it is not a dis by any mean and I cannot even get mad at you, you are beautiful according to nature, yet your agreement, unbeknownst is against the laws of Nature. You don't know and that is why you do it."

64. "What are you trying to say, 'I'm stupid?'?"

65. "Nah, not by any means...it was before you was therefore you would not have any knowledge of it unless you were knowingly and intentionally and with a full understanding then of what you are doing looking for it 'seeking too and you shall find...'"

66. "Seek and I shall find, sir I wasn't looking for you..."- waving a hand to say:

67. "Do you know - one of us?"

68. "No, I don't know no, one of us who - is that?"

69. "If you don't know one of us, then you do not know your - self, you see MS, you are one of us..."

70. "I'm not no so, so ah - called - one of us..."

71. "Yes Mam, you too are - one of us."

72. "How so... "

73. "Well, every one of us belongs upon the earth wherever we are; it's according to the law of Nature, nature binds us to the earth. Can you get off the earth?"

74. "You know damn well that I cannot get off the earth, neither can you but those white people went to the moon, and you are still down here with me..."

75. "Well, that's true, yet in truth I AM being watched over and you are too by the Sun everyday... we know it not though and that is the problem. Our days are sad in so many ways when the Sun does not shine, yet we endure till, tomorrow - even if it is cold out we are glad to see it. Then when the seasons change we are happy to be in its rays. Some times its love is oppressive, yet it is love not understood."

76. "The Sun is watching over us, always?"

77. "Even if you don't see it, because it is a universal constituent which is an element of Time: So too are we."

78. "So too are we?"

BC

79. "Yeah we are constituents of the Universe, my dear: citizen of it all of us everywhere and anywhere all that is, are citizens of - the Universe."

80. "I AM not any philosopher so don't be coming to me with your philosophies..."

81. "Nah not today, that is the code of ignorance, insipidity and regret and as I said that was yesterday 'not today' we are not going to justify ignorance, by any means: but rather we will avoid it by looking into the matter for our – selves otherwise we are going east my lady when we really think that we are going west - it is the deprivation of and fear then of using the word for lack of exposure this too is not any accident for it is knowing and intentional and fully understood by those who are seen as being above all of us..."

82. "Who are those who are seen as being above all of us?"

83. "Those are the ones, that man who got off sees himself and a great many other's there are too who see, they say: 'Know thy self-first' as being above all of us their reasoning is that we don't know our – self..."

84. "That ain't Kool at all."

85. "Damn, Right, and for this reason I asked my question to that so-called white man, you see the truth is that he is a sub-human yet when the Amendments were crafted governed too by the Universal Laws of the one of sun after being so-called conquerors because it is an irrational justification for any one of us to be below any one at all, you see the One of Sun was always in the Sun, that man was not he was an inhabitant of the earth under neither the Glaciers there were approximately three east of us."

86. "East of us"

87. "And here too..."

88. "Here too, it was one here too?"

89. "Yep, it was over 250,000 years ago."

90. "That is way back... "

91. "Before you was as I said before, you see?"

92. "I see..." she smiles!

93. "I'm about to get off on the next stop..."

94. "That's my stop as well..."

95. "You live around there?"

96. "That's not your business!"

97. "OK"

98. Train stops and we get off, however before successfully exiting we had to ask the guy's on the door to move, and we went on down the stairs, and *I was wondering what she was wondering* as we were going down the stairs *is she mean – momma was abusive* uncertainty is always around.

99. So I just keep walking down beside her to see if she would like to continue our conversation again a certain uncertainty is always around. So come to find out the lady asked me to walk her home.

100.    "Why don't you walk me home, I am single...?"

101.    "Yeah, I'll do that, of course. Which way? "

102.    "Matter of fact, why don't we go in here, can you buy me something to eat?"

103.    There is a Burger King right on the side here:

104.    "Yeah, I can do that, but I live around the corner I and I – I have food in the house plus I have my own grill."

105.    "Not yet, let's go here... "

106.    "Ok, cool..."

107.    While holding the door so that the lady could go in as I followed her lead. She is on her way to find a seat and I say:

108.    "What do you want?"

109.    "Wait, let me just put this over here where we'll sit..."

110.    "Ok."

111.    Had to wait in line anyway...there were others before us and then I see she finds a spot and puts things there. And come's over to where I AM saying:

112.    "What school did you go to?"

113.    "I went to Hudson Valley..."

114.    "I went to Columbia..."

115.    "That's cool. I used to walk through there speaking to students, and at city college I used to be in the NAK Lab, assisting student's with applications and their thesis."

116.    "Yeah, well, how come I never saw you in the lab?"

BC

117.    "I said 'I used to' not that I still do it, in that lab. Haven't been there years, now I no longer have school ID, it expired plus I've got books to write before I die."

118.    "I do too."

119.    "Hmmmm that is so, so beautiful..."

120.    "Noah's ark did not wipe away Karnack because Kemet is creations cradle our Hieroglyphic's are the language of Created things, it is the language of - us - of creation and they are older."

121.    "Den era Zodiac Debra church in Thebes is older. The bible is a lie. It is not the word of god as we have been made to believe. Osiris whose Temple is in Tanis is now being brought back to the surface, you see because Alexander the Savage who we are taught is great built a library according to his story and his story is not exactly what it seems, however a man once told me: 'the victors make the rules...'"

122.    "Wait a minute, I thought you said: 'he is white!' when we were on the train, now you saying this about Kemet?"

123.    "Can I take the next order?"

124.    She steps up and orders and I paid for it... then we went and sat down while she eats and then speak and I listen when she speaks... when she finished speaking O yes, one of Sun spoke saying:

125.    "Osiris would be as he is and by no means would he suggest that any one of us should be without anything for any reason, nature provides, however it seems to us like it is the government who does that." She comes clean and states:

126.    "I was playing the part that was given onto me... didn't you see my co-workers beside me, they thinks that they are white and so I acted as if while we listened to you speak to him. Telling him the true about his self, in front of all us and I was petrified. "

127.    "That's part of the condition baby, don't go by what they say..."

128.    "That's what I know - and I act too."

129.    "You do?"

130.    "Yes I do..."

131.    "You know that and you act like you do – something other than your – self?"

132.    "Yeah, and I know that they are lying about us, that Maat provides balance and that she and Thot Keeps the records for Osiris. However what they do is create a criminal record against - any one of us."

BC

133.    "You getting paid for that and that kind of pay is the kind of pay that I don't want! Too many before you have sold their spirit for what hungers…"

134.    "Well, as you can see I am hungry and I need to eat had a long day and did not have time to grab a bite…I eat because nature gives me the need to and only when I need to, not just simply because I can. I can always feed myself, and I don't want to talk to no man who cannot feed me."

135.    "I eat, one of us, every one of us, we eat to live, and the process of eating is according to nature because of the fire that burns within our hearts which starts the process of food and all that we partake, just as the earths inner core sprouts lava and life Diamonds and Gold and making Beings of it, of things within itself according to the its nature of creation, and the things becoming are universal constituent's that are becoming according to its law. Especially those who wish to be above every one of us, presuming that the banning of information through generations of deprivation of the word… while the word has become because of the Ones of Sun having 360 sense above the sub. Our Hieroglyphs are the etymology of the words that we use today."

136.    "What is etymology?"

137.    Grabbing pen and paper and scribbling "Can you see our duck in this s that s is become from this there are hieroglyph's



upon our sphinx the great enigma of all time. You see Etymology is the origin of words and so no - everybody else is not above the sub; many have come from under earth…only having 5 senses that are because their spirit is evil presuming fine…"

138.    "Presuming fine, and taking our words?"

139.    "Acting as if their indifference to everybody else's life is right and just that their indifferences and the greed and show of wealth ill-gotten, in fact, their wealth and greed for things is ill-gotten wealth, as if that show then of wealth to those who are deprived

BC

because of their greed and indifference to anybody else, is a sign of royalty which is an inculcated lie, and a devastation for the Spirit; Any spirit."

140.    "They are not Royal...somebody said that?"

141.    "Some dude asked me a question saying: 'have you ever heard of royalty?'"

142.    "I said 'that is a lie you are not royal, thieves maybe, but royal you are not, you are only an appearance which is in no manner what you appear to be.' "

143.    "What did he say?"

144.    "He didn't say anything...just walked away knowing that I have told no lie...

145.    "Did you see Athena up at Columbia?"

146.    "Yeah, I thought that nobody knew, but here you do."

147.    "I used to go there..."

148.    "Yeah, I hear that, I went to Hudson Valley Community College up in Troy, New York and I worked for New York State Department of Education... as a Keyboard Specialist/Data Base Manager & Developer."

149.    "Yeah, what happen? Why you're not still there?"

150.    "Discrimination..."

151.    "There is a lot of that going around every day, is it because we are unarmed or that we don't know the law?"

152.    "Both."

153.    "Accordingly we are subject to being unarmed first and foremost and then too to the fear of the inculcated his story of America and we do not know the laws because of the general conditioning of the spirit thus. We are then subject to that which only seems. "

154.    "Only seems... "

155.    "Yes my friend it only seems to be something other than what it really is, like our reason for conversing in the first place. And now the realization that there is no white man they do not exit, however he hides in the story's things that appear to be true only because it is inculcated,-"

156.    " inculcated"

17

Omnibus Motion to dismiss

157.    ''it is against the spirit of all of us...any one of us who is not from The   those
        police are the parlaying Unrestrained ones of us, and it is not because one of us is against
        any one of us... not none of us...we are against no one, every one upon the earth is
        inalienably entitled by the laws of nature not the irrational law of fear and indifference to
        the natural right to reason in accordance with the law of nature..."

158.    "The laws of nature, they do not use the law of nature because their law is for the
        greater good according to what I was taught."

159.    "Natures law is common and no one is deprived in accordance with it, because it
        naturally belongs - to all of us. Anything that is here or anywhere in existence is only
        because of nature. Yet he has inculcations of indifference to the law of nature... you see
        everyone has the natural right to breathe air... "

160.    "That's true, we all breathe... "

161.    "Now, let us see if you can stop thinking...let me know what happens."

162.    "I am thinking about - not thinking...."

163.    "You're still thinking, therefore you cannot stop...and the discrimination is
        intended to make you insipid, to discourage you, and too - to keep all us from thinking
        above the 5 senses. On my job with the state I was better than the dummies that I was
        working for, like Patricia Mooney of GED NYSED at 89 Washington Avenue in Albany,
        New York and she has probably retired by now, however she has a story;"

164.    "What's her story...'Jerry' do you remember that... " Smiling she was while
        saying this ''remember...''

165.    "Yeah, I remember that. But forget about jerry, he was getting money....and we
        were broke every day and really for no reason because nature with its will, will subject
        any being here up on the earth to the same."

166.    "What is that?"

167.    "To its law, to be creative and abled - to eat, yet The   those police are the
        parlaying Unrestrained ones of us wants all the food. They do not particularly care if we
        eat. That is the reason why that, so – called 'greater good' is really no good at all for any
        one of us. "

168.    "You're got damned right, it ain't any good for - any one of us... it does not
        matter who it is you see, or at least I see that...shit"

169.    "Yeah, that's cool..."

170.    "Seeing yet not perceiving at all, for most of us."

171.    "I say: 'Yep!'"

172.    "Know too that Osiris has a temple, the Temple of Osiris is still here who which sunk by liquefaction my research reveals which occurred when Alexander built a library with our books saying, 'these are my books, translate them into Greek...'"and now that library is no more.

173.    "Yeah, I used to see those names upon the building every day... remember? Their names are written there upon the Butler Library Building from Homer –Virgil..."

174.    "I saw it, and spoke looking for a Scholar to debate with what's written in the bible it says 'it is a spiritual war, in high places' and I am sure that you have seen those high places up in that tree that George Washington told no lie about it's the Butler Library."

175.    Columba University's butler Library houses a massive amount of literature, which has been translated from Greek to English, now here goes one of Sun:

176.    "Many ones of Sun had knowledge above the sub, for they are hue man, having hue: do you understand?"

177.    "Yeah, I have hue just like you do, not all of us have as much hue as you... "

178.    "I have a lot of hue, is that what you are trying to say?"

179.    "Nah baby, I AM not trying to do anything, I AM telling you what I see."

180.    "OK and it is possible too that I AM going to as well tap into the 360 because I AM ABLE!!!"

181.    "You can, you are Able... "

182.    "Because I have hue... "

183.    "Because you have hue..."

184.    "You see the hue comes from Rah who is complete needed no thing from anyone of us yet extending life according to nature and always watching over the children of the earth..."

185.    "We are the children, then of the earth...?"

186.    "Well, the earth belongs to all of us and Rah watches over all of us all over the planet and it happens at different times, you see? There is no discrimination of any sort from Rah."

187.    "He's will watch over all of us in Tokyo at one point and at another we would be being watched over. Here in America."

BC

188.    "I see."

189.    "I AM the one of Sun - so too are you..."

190.    "I know... "

191.    Should we continue with Homer's Odyssey in which the Cyclopes with one eye in the middle of his head, he eats one thief and has the other under his foot; he is saving him for later or our Legacy where there is Universal Harmony for the children's, children?

192.    I AM VERY SERIOUESLY concerned about the injustices imposed onto us by the gun holders...Mr. Wu and as my attorney we must always be in agreement with one another because you are a representative of my - self and so I took the time to look at each Amendment for My – self because I do not wish to go east when I really think that I am going west...

- Even so: we just let him tell his story first and his is untruth which is sure to leave out Mirada, you see because he's bound to flip and he is going to fumble being that it is this that he actually does not have no truth to tell when it comes to him or any of them to have taken the time to say:

    "You have the right to remain silent, anything you say can and will be held against you in a court of law...etc."

193.    Herewith I respectfully request that you respect my wishes and disdain that picture stuff because in all actuality if I told you of "this" and of "that" supposing a call and yet you did not comply then you would be in violation and it is accordingly too to that which they say yet consider this:



194.    Nor shall any person be bullied by being he/she being compelled in any criminal case to be a witness against him/Herself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

BC

195.     What rights can the people of the State claim if they are accused of crimes?

They knowingly and intentionally and well with a full understanding of what they are doing violate the 4th, 5th, 6th, and 8th against the ones of sun:

The Amendments provide much of the constitutional basis of these rights, that they have sworn to up hold which includes...

The Principle of Due Process

Due process means that laws must be applied fairly and equally to all people not just the ones of Sun because we are citizens of the Univerze, especially to a citizen accused of a crime. The Constitution uses the phrase in the 5th and 14th Amendments, declaring that the government shall not deprive anyone of "life, liberty, or property, without due process of law..." The 5th Amendment protects people from actions of the federal government, and the 14th protects them from actions by state and local governments.

Searches and Seizures

The purpose of the 4th Amendment is to deny the national government the authority to make general searches and seizures of property. A major issue over the years has been the interpretation of "unreasonable" searches and seizures. The rules can be complicated. They also change often, but the general principle is that searches are valid methods of enforcing law and order and are prohibited.

**Let us make a very reasonable presumption here:**

Presuming that these officers had an actual intent of enforcing law and order in what way would be our question for I was on my way home and was duped you see? One officer recovered a lose rock and the other a single bag and their commanding officer whose ignorance to the law is no excuse she signed their submissions even with this inconstancy and this has been already written and you have it, also the ink is dry.

Here we have the **6th Amendment: Right to Counsel in All Criminal Prosecutions**

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Counselor we are Presuming that these officers had an actual intent of enforcing law and order in what the officer says is that he saw me go in the hall way and therewith he did not act in a way to enforce the law to capture the drug dealer whereas he did not come in the hallway behind me, yet instead they waited and I was duped and subject forthwith with his threatening contact is unreasonable and are prohibited you see: therefore the installation of fear was induced with his stating "I AM THE POLICE and I saw you go in

BC

the building, while holding very tightly to my arm and seeing his gun too and being intimidated by him at the same time: so I said: "right here in my pocket" – for things happens so quickly fear is instilled at the same rate. Officer Gil says: "they usually say they don't have anything."

- They, the People of the city are in violation of my 4th, 5th 7th, Amendment and to a certain extent the 8th by way of the constant installation of insipidity, for I am not supposed to know which act of deprivation of this or that nor what is according to law, not according to the fear and insipidity that has been imposed upon those who have come before ME nor will we be insipid and let it continue on to those who come behind me it's not something that by any means that I agree with. I AM VERY SERIOUSELY concerned about the injustices imposed onto us by the gun holders... Even so: we just let him tell his story first and his is sure to leave out Mirada, you see because he's bound to flip and he is going to fumble being that he actually does not have no truth to tell when it comes to him or any of them to have taken the time to say:

> "You have the right to remain silent, anything you say can and will be held against you in a court of law...etc." his seizure was unreasonable to say the least you see it.

- Defenseless I AM instead and not one of the many officers there read me Miranda... Never happened
- Also that judges decisions need to be reviewed... as I told you upon the phone.
- To Ambiguously wave a right is irrational, there is no ambiguity when you are bound and threaten and it comes to the rights by law.

To the Clerk of the Court could you please file this matter as omnibus Motion to dismiss, whereas I don't have an attorney, nor do I pose to be an attorney licensed to practice law while the ones who are attorneys licensed to practice law are irrational and threatening... as it can be seen they disdained my every...

Wherefore, the matter should be dismissed on the merits of the law, and purposes of dissuasions and inculcations of Stultifications being intended to go from generation to generation because of their deprivations of the Word, while on to all is Natures Right to Reason in Accordance with Nature, we have the natural right to reason and therefore the natural right to life, liberty and the pursuit of happiness, not fear and deprivation like this.

Sworn to before me, this 10th August, 2015

Boisey Caldwell Pro-se

Notary Public

ISA LAPAIX
PUBLIC, STATE OF NEW YORK
#01LA6140445
mmission expires
nuary 30, 2018

cc:  DA 1 Hogan Pl, #655
     New York, NY

September 23, 2015

TO:   Appellate Term of the Supreme Court
      First Department
      60 Centre Street
      New York, NY 10007

FROM: Boisey Caldwell
      25 Elliot Place
      Bronx, New York 10452

RE:   Docket No.
      2014SX070847

Charged with Disorderly conduct just (To protect officer 6959):          Court Action:
PL 240.20                                                       see attached fine for the investor

Date: on or around 12/26/2014                                   Judge: Quattrochi, V Part:
                                                                SAP2

Notice of Appeal filed:                                         Jan. 26th, 2015

Dear Clerk of the Court, Please Take Notice that this is not a notice of intention to appeal but my appeal.

- the disorderly conduct charge is a false charge and:

- The Attorneys who are appointed by the court have proven to be against those who they have been appointed to represent. as in the instant matter.

- This is a case where the court seems to have wanted me to forget about

- The Appellate term should have answered my initial request in a timely fashion, with these poor persons forms, and any poor person applications would have been timely sent; which would apparently be after a Notice of Intention is filed, not after I request the reasons why there has been no communications from the Appellate term on this matter.

1. Whereas, I do not want a court appointed attorney, I will represent myself and so far that has been my only means to successfully overcome this insipidity. Wherewith, said questionnaire will not be answered because all that is, is a way of making an in between, and attorneys are appointed to cut what is in between for they are so sharp and so keen that they never cut themselves just what's in between, and when one is insipid they do not know that! Therefore an attorney has not been requested, nor is one needed. I can represent myself.

2. Please Take Further Notice, that this is not a notice of intention, instead it is my appeal to the Appellate Term of the Supreme Court First Department about the injustice that has taken place whereas, on August 22nd, 2014 when my name was called I did not answer the court because I was detained against my own will by officer badge # 6959.

Boisey Caldwell                                    Dear Clerk of the court this is my appeal

3. I had come to court because of the false charges against me posed by officer Rahaman NDIM here is his ID: 157379040, while in the Court room we raised our Right Hands - me and officer Rahaman NDIM here is his ID: 157379040, he and I we swore to tell the truth, and I guess that the truth depended upon who is telling it, because I was acquitted and the matter is only one of the acts of indifference that I was subjected to here in the Bronx, County Criminal Court House. Here in the Bronx upon 161st street.

4. Because there is incident with officer Badge # 6959 on August 22nd, 2014 which he and the complaining officer who wrote Docket No. 2014SX070847 is a conspiracy which conducted to create Docket No2014SX070847

5. Whereas, Officer Badge # 6959 became very irrational and or emotionally unstable and as me and the other court officers were talking about the fact that I only tried to hand my opposing documents to the officer who lied upon the tickets knowingly and intentionally and with a full understanding of what he was doing.

6. Now Nature has given onto all of us the Natural Right to think, to read and to write this is not something that is given on to anyone anywhere inside the Universe by another, it is a Natural Right, to think, to Read and always each and every day to I know that Rah is coming and so I - write to Create, because I AM.

7. Suddenly officer Badge # 6959 comes with cuffs in hand - cuffs me raising my cuffed arms up and directed me to the elevator and planting my face in the walls thereof and guiding thus guiding with **force** to a room with bars and a chair with cuffs and binds me there.

8. After realizing that he needed a reason to detain me now, he takes my wallet and checks for a warrant to no avail, and sense there were no warrants out for my arrest officer Badge # 6959 directed the accusing officer to write a ticket for disorderly conduct which is only made to seem. Now:

9. The court there – he – heard the matter Quattruchi had already made an agreement with the Attorney who did not act in my favor although she appears as if she did.

10. Whenever I appear at court, I will not do so with an empty hand, certainly *Rational Beings* have *Reason* in *Common*, just as the ticket in case: 2014SX070847 is a guise written to seem in order to cover up to the irrational and of the emotional instability of the gun holder, you see, I DO NOT HAVE A GUN, the emotionally unstable one does...

11. He is a court officer who surely used unnecessary force against one of us and detained me as well against my will of I AM: "I AM NOT WHAT YOU SAY I AM nah not any of us. Because Life/life is a two way street.

Dear Clerk of the court this is my appeal

12. When my name was called for case no. 2014SX033938 I was un-abled, by the emotionally unstable one with the gun, officer Badge # 6959 his actions have already been revealed above...and is the reason for this appeal.

13. "Those Attorneys" said Martial "are so sharp and keen that they never cut themselves but what is in between..." Their agreement was that she said to me: "that acts on her part as in that the agreements she had made with the officer who wrote the ticket and he has agreed to an acd..."

14. I said: "No, I don't agree, you should take a look at my papers..."

15. She looked at the papers before we saw the irrational Judge, yet she never defends me because they have already made an agreement. And:

16. The Judges ethics are dis-graceful and this is why the clerk doesn't have the Judges name on the form January 26th, 2015. Whereas:
    a. They the Judge, DA and that Misrepresenting attorney agreed to an acd and I do not because I was assaulted and was subjected to unnecessary use of force and a conspiracy has created Docket No.2014SX070847
    b. I was misrepresented by the attorney who has made an agreement without my consent.
    c. In the instant matter Judge: Quattrochi, V Part: SAP2 sentenced me to pay the investors $195.00 and I had to tell him that "I'm not paying anything" upon my exiting I told him the truth and it is this that he is "Pretty Stupid for Judge..." and "I am going to appeal your decision."
    d. Wherewith, this is my appeal in which I have not been informed of anything until now.
    e. Due Process Provide's that the court must be impartial, this apparently not so in this case, else how can he make an agreement with them?
    f. Also, the Judge refused to look at my document on the matter, and became agree with me when he found out he acquitted me for Docket No. 2014SX070847

The Imprisoned Light                         Sworn to before me this 23rd date of September, 2015

Boisey Caldwell Pro-se                       Notary Public

RAYSA LAPAIX
NOTARY PUBLIC, STATE OF NEW YORK
#01LA6140445
Commission expires
January 30, 201?

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER:25553

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**CALDWELL, BOISEY**

**03/28/1964**

DEFENDANT

DATE OF BIRTH

**2216 ADAMS PL APT 3A 3A**

ADDRESS

**BRONX           NY      10457-1675**

**08/22/2014**

CITY              STATE   ZIP

ISSUE DATE

DOCKET NUMBER:**2014SX070847**

SUMMONS NUMBER: **4315818550**

PL 240.20 05 0V

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|-------------|-------|------|
| 12/23/2014 | TRIED&FOUND GUILT/SENT.IMPOSED<br>TFG PL 240.20 05 0V<br>FINE=30 ADJ<br>SURCHARGE=95 ADJ<br>CRIME VICTIM ASSISTANCE FEE=25 ADJ | QUATTROCHI,V | SAP2 |
| 02/24/2015 | EXECUTION - SENTENCE/SURCHARGE | TOLCHIN,R (JHO) | SAP |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

**11/01/2017**

COURT OFFICIAL SIGNATURE AND SEAL              DATE

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
              COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER: 25552

THE PEOPLE OF THE STATE OF NEW YORK
VS.

# NO FEE

**CALDWELL, BOISEY**
DEFENDANT

**03/24/1964**
DATE OF BIRTH

**2216 ADAMS PL APT 3A 3A**
ADDRESS

| **BRONX** | **NY** | **10457-1675** |
|-----------|--------|----------------|
| CITY | STATE | ZIP |

**04/06/2014**
ISSUE DATE

DOCKET NUMBER: **2014SX033838**

SUMMONS NUMBER: **4417826510**

PL 240.20 05 0V

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|--------------|-------|------|
| 10/27/2014 | **ACQUITTED AFTER TRIAL** | **QUATTROCHI,V** | **SAP2** |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

_____        **11/01/2017**

COURT OFFICIAL SIGNATURE AND SEAL              DATE

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
          COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER:25554

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**CALDWELL, BOSIEY**

**03/28/1964**

DEFENDANT

DATE OF BIRTH

**25 ELLIOT PL APT E7 E7**

ADDRESS

**BRONX            NY      10452-7116**            **01/12/2016**

CITY            STATE   ZIP            ISSUE DATE

DOCKET NUMBER:**2016SX009300**            SUMMONS NUMBER: **4418102685**

PL 240.20 02 0V

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|-------------|-------|------|
| 03/02/2016 | **DISM - LEGALLY INSUFFICIENT** | **MICHAEL,M** | **SAP-D** |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

_____            **11/01/2017**

COURT OFFICIAL SIGNATURE AND SEAL            DATE

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
            COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)